CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAY 25 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 6:07-cr-00034-2 |
| | ) | |
| v. | ) | **§ 2255 ORDER** |
| | ) | |
| MICHAEL COWEN | ) | By: Hon. Norman K. Moon |
| | ) | United States District Judge |

In accordance with the written memorandum opinion entered this day, it is

**ORDERED and ADJUDGED**

that the United States' motion to dismiss is **GRANTED**; Cowen's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is hereby **DISMISSED**; and this action is **STRICKEN** from the active docket of the court.

Further finding that Cowen has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a Certificate of Appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to Cowen and counsel of record for the United States.

ENTER: This 25th day of May, 2011.

_____
United States District Judge